UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN HAWKINS | CIVIL ACTION |
| VERSUS | NO. 13-256 |
| MARLIN GUSMAN, SHERIFF, ET AL. | SECTION: "C"(3) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the unopposed motion to dismiss filed by Cynthia Park, Rec. Doc. 10, is **GRANTED** and that the claims against her are **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 26 day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE